# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lynn K. Grant<br>**Debtor(s)** | **BK NO. 21-01848 HWV**<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/ Rebecca A. Solarz, Esquire**
                                    Rebecca A. Solarz, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    Phone: (215) 627-1322
                                    Email: rsolarz@kmllawgroup.com
                                    Attorney for Movant