United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-01848-HWV
Lynn K Grant  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: 318 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynn K Grant, 537 Diehl Road, Mechanicsburg, PA 17055-4015 |
| 5431767 | + | belco community credit, 2 west main street, Camp Hill, PA 17011-6326 |
| 5431766 | + | belco community credit, 403 north 2nd street, Harrisburg, PA 17101-1377 |
| 5431780 | + | commercial acceptance, 2 west main street, Camp Hill, PA 17011-6326 |
| 5431783 | + | ed financial, 120 north seven oaks drive, Knoxville, TN 37922-2359 |
| 5431784 | | jonestown Bank & Trust, po box 717, Jonestown, PA 17038-0717 |
| 5431790 | | members 1st fcu, po box 2109, Mechanicsburg, PA 17055-1719 |
| 5431807 | + | united collection bureau inc., po box 1116, Maumee, OH 43537-8116 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Dec 01 2021 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5437351 | | EDI: ATLASACQU | Dec 01 2021 23:48:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5431782 | | EDI: DISCOVER.COM | Dec 01 2021 23:48:00 | discover financial services, po box 15316, Wilmington, DE 19850 |
| 5431776 | | EDI: JPMORGANCHASE | Dec 01 2021 23:48:00 | chase, cardmember service, po box 1423, Charlotte, NC 28201-1423 |
| 5431785 | | EDI: JPMORGANCHASE | Dec 01 2021 23:48:00 | JPMCB card services, po box 15369, Wilmington, DE 19850 |
| 5431789 | | Email/Text: camanagement@mtb.com | Dec 01 2021 18:48:00 | M&T Bank, po box 900, Millsboro, DE 19966 |
| 5431794 | | Email/Text: bankruptcynotices@psecu.com | Dec 01 2021 18:48:00 | Pennsylvania State Employees Credit, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5432013 | + | EDI: RMSC.COM | Dec 01 2021 23:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5431805 | + | EDI: WTRRNBANK.COM | Dec 01 2021 23:48:00 | TD Bank Target, po box 1470, Minneapolis, MN 55440-1470 |
| 5431770 | | EDI: CAPITALONE.COM | Dec 01 2021 23:48:00 | capital one bank, po box 71083, Charlotte, NC 28272-1083 |
| 5431771 | + | EDI: CAPITALONE.COM | Dec 01 2021 23:48:00 | capital one bank usa, po box 31293, Salt Lake City, UT 84131-0293 |
| 5431773 | | EDI: RMSC.COM | Dec 01 2021 23:48:00 | carecredit syncrhony bank, p box 965033, Orlando, FL 32896-5033 |
| 5431774 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Dec 01 2021 18:48:00 | central portfolio control inc., 10249 Yellow circle drive suite 200, minnetonka, MN 55343-9111 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5431777 | | EDI: CITICORP.COM | Dec 01 2021 23:48:00 | citi cards home depot, po box 790345, Saint Louis, MO 63179-0345 |
| 5431778 | + | Email/Text: mediamanagers@clientservices.com | Dec 01 2021 18:48:00 | client services inc., 3451 harry s. truman blvd, Saint Charles, MO 63301-9816 |
| 5431779 | | EDI: COMCASTCBLCENT | Dec 01 2021 23:48:00 | comcast, po box 3002, Southeastern, PA 19398-3002 |
| 5431781 | | EDI: DISCOVER.COM | Dec 01 2021 23:48:00 | discover bank, po box 6103, Carol Stream, IL 60197-6103 |
| 5431786 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 01 2021 18:48:00 | kohls, po box 1456, Charlotte, NC 28201-1456 |
| 5431787 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 01 2021 18:48:00 | kohls capital one, po box 3115, Milwaukee, WI 53201-3115 |
| 5431788 | | EDI: RMSC.COM | Dec 01 2021 23:48:00 | lowes synchrony bank, po box 530914, Atlanta, GA 30353-0914 |
| 5431792 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 01 2021 18:48:00 | mercury card services, po box 84064, Columbus, GA 31908-4064 |
| 5431791 | | Email/Text: Mercury@ebn.phinsolutions.com | Dec 01 2021 18:48:00 | mercury card services, po box 70168, Philadelphia, PA 19176-0168 |
| 5431793 | | Email/Text: bankruptcynotices@psecu.com | Dec 01 2021 18:48:00 | pennsylania state emmployees credit, po box 67013, Harrisburg, PA 17106-7013 |
| 5431795 | + | Email/Text: bankruptcynotices@psecu.com | Dec 01 2021 18:48:00 | pennsylvania state employees credit, 1500 elmerton avenue, Harrisburg, PA 17110-2990 |
| 5431796 | | Email/Text: bankruptcynotices@psecu.com | Dec 01 2021 18:48:00 | pennsylvania state employees credit, 1 credit union place, Harrisburg, PA 17110-2912 |
| 5431797 | | EDI: SWCR.COM | Dec 01 2021 23:48:00 | soutwet credit systems, 4120 international parkway, suite 1100, Carrollton, TX 75007-1958 |
| 5431798 | + | EDI: RMSC.COM | Dec 01 2021 23:48:00 | syncb care credit, po box 965036, Orlando, FL 32896-5036 |
| 5431799 | + | EDI: RMSC.COM | Dec 01 2021 23:48:00 | syncb lowes, po box 965005, Orlando, FL 32896-5005 |
| 5431800 | | EDI: RMSC.COM | Dec 01 2021 23:48:00 | synchrony bank, po box 965003, Orlando, FL 32896-5033 |
| 5431801 | | EDI: RMSC.COM | Dec 01 2021 23:48:00 | synchrony bank, jpo box 965004, Orlando, FL 32896-5004 |
| 5431802 | | EDI: RMSC.COM | Dec 01 2021 23:48:00 | synchrony bank amazon, po box 960013, Orlando, FL 32896-0013 |
| 5431803 | | EDI: RMSC.COM | Dec 01 2021 23:48:00 | synchrony bank amazon, po box 965015, Orlando, FL 32896-5015 |
| 5431804 | | EDI: WTRRNBANK.COM | Dec 01 2021 23:48:00 | target card services, po box 660170, Dallas, TX 75266-0170 |
| 5431806 | + | EDI: CITICORP.COM | Dec 01 2021 23:48:00 | the home depot, 5800 south corporate place, Sioux Falls, SD 57108-5027 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5431768 | *+ | belco community credit, 403 north 2nd st., Harrisburg, PA 17101-1377 |

| | | |
|---|---|---|
| 5431769 | *+ | belco community credit, 403 north 2nd street, Harrisburg, PA 17101-1377 |
| 5431772 | *+ | capital one bank usa, po box 31293, Salt Lake City, UT 84131-0293 |
| 5431775 | *+ | central portfolio control inc., 10249 Yellow circle drive suite 200, minnetonka, MN 55343-9111 |
| 5431808 | *+ | united collection bureau inc., po box 1116, Maumee, OH 43537-8116 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Gregory S Hazlett | on behalf of Debtor 1 Lynn K Grant adlitem@pa.net |
| Leon P. Haller (Trustee) | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Lynn K Grant (First Name Middle Name Last Name) | Social Security number or ITIN  xxx–xx–4541<br>EIN  __–_____ |
| Debtor 2: (Spouse, if filing) First Name Middle Name Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | |
| Case number:  1:21–bk–01848–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lynn K Grant

12/1/21

**By the court:**

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                **Order of Discharge**                                page 1

Case 1:21-bk-01848-HWV    Doc 18    Filed 12/03/21    Entered 12/04/21 00:27:24    Desc
Imaged Certificate of Notice    Page 4 of 5

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**